450 A.2d 1061

Commonwealth v. Lewis, Appellant.

Argued November 5, 1981. Linda D. Cicco, Assistant Public Defender, for appellant; David M. McGlaughlin, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BECK and LIPEZ, JJ.

Judgment of sentence affirmed.